[No. 6,599—Department Two.]
January 31, 1881.

## D. HARNEY v. GEORGE H. PORTER ET AL.

Sufficiency of Answer—Waiver of Verification.—Service of an answer to a verified complaint consisting of a general denial only, was admitted by plaintiff's attorney and "verification thereof waived."

*Held:* The waiver of verification did not admit the sufficiency of the answer or dispense with the necessity of a specific denial.

Appeal from a judgment for the defendants, in the District Court of the Third Judicial District in and for the City and County of San Francisco. Thornton, J.

*J. M. Wood,* for Appellant.

*William Leviston,* for Respondent.

The COURT:

The complaint in this case was verified.  The answer was a general denial only.  Service of the answer was admitted by plaintiff's attorney, and "verification thereof waived." The Court below held the answer sufficient.  It is here contended that there was a waiver of the effect of the verification of the complaint, and that the answer need not contain any specific denial.

We think the answer was insufficient.

Judgment reversed and cause remanded.